IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| LHF PRODUCTIONS, INC. | ) | |
| 318 N. Carson St. # 208 | ) | CASE NO. 2:16-CV-498 |
| Carson City, Nevada 89701 | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | JUDGE Edmund A. Sargus |
| | ) | |
| JOHN DOES 1-17 | ) | |
| | ) | |
| **Defendants**. | ) | |

## PLAINTIFF'S NOTICE OF SERVICE OF SUBPOENAS

Plaintiff, hereby gives notice that on or about July 5, 2016 that it served subpoenas by Certified U.S. Mail, upon the following entities: Wide Open West LLC, Cincinnati Bell, and Frontier Communications.

Respectfully Submitted,

_____
Timothy A. Shimko (0006736)
Shimko Law Offices LLC
1010 Ohio Savings Plaza
1801 E. 9th St.
Cleveland, Ohio 44114
Tel. (216) 241-8300
Fax (216) 539-2015
tas@shimkolaw.com